Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED DEC 05 2023
CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana
_____ Division

Lakeshia Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Entergy Services LLC, Marlon Merritt, Robert Moore, Nicholas Winiewicz Jr., Kya Moller, Melanie Fite, Jason Rees, Amy Amerson, Angela Stripling (see attached)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lakeshia Williams |
   | Street Address | 709 Alayna's Court |
   | City and County | Baton Rouge - East Baton Rouge Parish |
   | State and Zip Code | LA 70810 |
   | Telephone Number | (225) 936-7678 |
   | E-mail Address | lakeshiawms@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | Entergy Services LLC |
| Job or Title (if known) | |
| Street Address | 639 Loyola Avenue |
| City and County | New Orleans - Orleans Parish |
| State and Zip Code | LA 70113 |
| Telephone Number | (800) 368-3749 |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | Marlon Merritt |
| Job or Title (if known) | Former Vice President and Chief Supply Officer - Supply Chain |
| Street Address | |
| City and County | Houston |
| State and Zip Code | TX |
| Telephone Number | (727) 631-3023 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | Robert Moore |
| Job or Title (if known) | Director - Supply Chain |
| Street Address | 10955 Grogans Mill Road |
| City and County | The Woodlands - Montgomery County |
| State and Zip Code | TX 77380 |
| Telephone Number | (907) 570-8605 |
| E-mail Address (if known) | rmoor12@entergy.com |

**Defendant No. 4**

| | |
|---|---|
| Name | Nicholas Winiewicz, Jr. |
| Job or Title (if known) | Manager - Supply Chain |
| Street Address | 639 Loyola Avenue |
| City and County | New Orleans - Orleans Parish |
| State and Zip Code | LA 70113 |
| Telephone Number | (985) 233-0317 |
| E-mail Address (if known) | nwiniew@entergy.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Entergy Services LLC |
| Street Address | 9585 Pecue Lane |
| City and County | Baton Rouge - East Baton Rouge Parish |
| State and Zip Code | LA 70810 |
| Telephone Number | (800) 968-8243 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*:
Title VII Civil Rights Act of 1964 - Retaliation

[✓] Relevant state law *(specify, if known)*:
Louisiana Employment Discrimination Law

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [✓] Failure to promote me.
- [✓] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [✓] Other acts *(specify)*: Hostile work environment.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
August 2019 through May 23, 2022.

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [✓] race — African-American
- [✓] color — Black
- [✓] gender/sex — Female
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✓] disability or perceived disability *(specify disability)*
Bipolar Disorder and Anxiety Disorder

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

1. Failure to promote me - Marlon Merritt, Jason Rees, Amy Amerson (January 2021 to January 2022)
2. Failure to accommodate disability - Trene Beasley (February 2022 to May 2022)
3. Unequal terms and condition of employment - Nicholas Winiewicz, Jr.; Robert Moore; Kya Moller; Melanie Fite; Shayla Atkins (August 2019 to May 2022)
4. Retaliation - Marlon Merritt; Robert Moore; Nicholas Winiewicz, Jr.; Kya Moller; Melanie Fite; Jason Rees; Amy Amerson; Angela Stripling; Shayla Atkins (February 2020 to May 2022)
5. Hostile work environment - Robert Moore; Nicholas Winiewicz, Jr; Kya Moller; Melanie Fite (August 2020 to May 2022). - Please refer to EEOC and LHCR attached documents for details.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)
August 17, 2022

B. The Equal Employment Opportunity Commission (check one):
- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on (date) 09/07/2023.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am entitled to the following relief based on damages I sustained due to disability/race/gender discrimination, retaliation and hostile work environment:
1. Reasonable attorney fees and court costs - TBD
2. General damages (Loss of wages, medical costs, etc) - $5 million
3. Loss of consortium (my minor child and father I was caregiver for) - $1 million father and $5 million child)
4. Additional compensatory damages (mental anguish, inconvenience, loss of enjoyment of life) - $10 million
5. Punitive damages - $20 million
All attached allegations can be substantiated with audio recordings, emails, and other work-related documents.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/05/2023

Signature of Plaintiff: *Lakeshia Williams* (signed)

Printed Name of Plaintiff: Lakeshia Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Stewart v. Entergy Services LLC et al.
Additional Defendants List

1. Kya Moller
   Senior Manager – Supply Chain
   Entergy Services LLC
   639 Loyola Avenue
   New Orleans – Orleans Parish
   LA 70113
   (504) 908-2667
   kmoller@entergy.com

2. Melanie Fite
   Senior Manager – Supply Chain
   Entergy Services LLC
   10955 Grogans Mill Road
   The Woodlands – Montgomery County
   TX 77380
   (832) 726-3041
   mfite@entergy.com

3. Jason Rees
   Director (Former Senior Manager) – Supply Chain
   Entergy Services LLC
   10955 Grogans Mill Road
   The Woodlands – Montgomery County
   TX 77380
   (713) 449-0315

4. Amy L Amerson
   Director – Continuous Improvement
   Entergy Services LLC
   639 Loyola Avenue
   New Orleans – Orleans Parish
   LA 70113
   aamerso@entergy.com
   (985) 687-5151

5. Angela Stripling
   Manager – Human Resources
   Director (Former Senior Manager) – Supply Chain
   Entergy Services LLC
   10955 Grogans Mill Road
   The Woodlands – Montgomery County
   TX 77380
   astripl@entergy.com
   (281) 827-5995

Stewart v. Entergy Services LLC et al.
Additional Defendants List

6. Shayla Atkins
   Former Manager – Human Resources
   Entergy Services LLC
   (314) 458-7877

7. Trene Beasley
   Leave and Accommodation Management
   Entergy Services LLC
   Jackson, MS
   tbeasl3@entergy.com
   (601) 594-9320

8. Allen East
   Former Vice President – Distribution TX
   Entergy Services LLC
   Texas

9. Scott Becnel
   Former Construction Manager – Distribution TX
   Entergy Services LLC
   (409) 656-7377

10. Joshua Vance
    Construction Manager – Distribution MS
    Entergy Services LLC
    1340 Echelon Parkway
    Jackson
    MS 39213
    jvance@entergy.com
    (601) 757-1026

11. Eric Vickers
    Former Construction Manager – Distribution LA
    Entergy Services LLC
    --
    New Orleans
    LA
    evicker@entergy.com
    (504) 915-0415

12. Christopher Darden
    Construction Manager – Distribution AR
    Entergy Services LLC
    425 W Capitol Ave
    Litte Rock

2

Stewart v. Entergy Services LLC et al.
Additional Defendants List

AR 72201
cdarde@entergy.com
(870) 267-4998

3