UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LAKESHIA WILLIAMS**                                      **CIVIL ACTION**

**VERSUS**                                                           **NO.  23-1645-JWD-EWD**

**ENTERGY SERVICES LLC, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 25, 2024 (Doc. 81), to which a Letter (Doc. 82) was filed, which the Court will treat and consider as an objection to the Report and Recommendation;

**IT IS ORDERED** that the Rule 55(c) Motion to Set Aside Default and for Extension of Time to Plead, filed by Defendant Shayla Atkins[1] is **GRANTED IN PART** and that the clerk's entry of default,[2] entered against Defendant Shayla Atkins, is set aside for good cause shown.[3]

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) Motions to Dismiss, filed by the individual defendants,[4] are **GRANTED** and that all Plaintiff's claims against the following Defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim: Shayla Atkins, Nicholas Winiewicz, Marlon Merritt, Robert Moore, Kya Moller, Melanie

---

[1] Doc. 47.
[2] Doc. 43.
[3] An extension of time to plead is not necessary as Defendant Atkins filed a Motion to Dismiss, which defers the time to file a responsive pleading until 14 days after notice of the Court's action on the Motion to Dismiss (Federal Rule of Civil Procedure 12(a)(4)(A)), and no responsive pleading will be due given the Court's adoption of the recommendation to dismiss Plaintiff's claims against Atkins.
[4] Docs. 56, 65, 74.

Fite, Jason Rees, Amy Amerson, Angela Stripling, Trené Beasley, Allen East, Scott Becnel, Joshua Vance, Eric Vickers, and Christopher Darden.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) Motion for Partial Dismissal on Behalf of Entergy Services, LLC (Doc. 66) is **GRANTED, DISMISSING WITH PREJUDICE** only Plaintiff's claims against Entergy under Title VII and the ADA, arising before October 21, 2021.

**IT IS FURTHER ORDERED** that the Expedited Motion for Clerk's Entry of Default and Summary Judgment Against All Named Defendants (Doc. 83) is **DENIED.** The Motion for Clerk's Entry of Default is denied, for the reasons previously given, and the Motion for Summary Judgment is denied as being procedurally improper.

**IT IS FURTHER ORDERED** that the Plaintiff's request in her Letter (Doc. 82) that Magistrate Judge Wilder-Doomes be recused in this matter is **DENIED.** Plaintiff fails to show good cause and provide evidentiary support for this request, and it otherwise lacks a basis in law and fact, and

**IT IS FURTHER ORDERED** that this matter be referred to the undersigned for entry of a scheduling order on Plaintiff's remaining federal claims against Entergy Services, LLC, arising after October 21, 2021.

Signed in Baton Rouge, Louisiana, on July 11, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**